FILED

JAN 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATHALIE TATYANA BECK, | No. 08-73447 |
| Petitioner, | Agency No. A094-893-732 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 14, 2011[**]
San Francisco, California

Before: HUG, SCHROEDER, and RAWLINSON, Circuit Judges.

Nathalie Tatyana Beck, a native and citizen of Norway, petitions for review

of the Board of Immigration Appeals' decision finding her removable for failure to

maintain or comply with the conditions of her F-1 nonimmigrant student status.

---

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

This court reviews the agency's legal determinations de novo, and factual findings for substantial evidence. *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009).

Petitioner's F-1 nonimmigrant student status was terminated by her school because she had failed to make up several incomplete classes from the Fall semester of 2004. Petitioner's failure to complete required course work in a satisfactory and timely manner constitutes substantial evidence supporting a finding by clear and convincing evidence that she failed to pursue a full course of study as required by 8 C.F.R. § 214.2(f)(5)(i).

**PETITION DENIED**.